RIORDAN, KAUDER AND COMPANY, INC., Appellant, *v.* CHRISTOPHER H. COUGHLIN, Respondent.

(Argued May 12, 1930; decided June 3, 1930.)

*Louis Boehm* and *David Rasch* for appellant.
*Charles P. Rogers* and *Oliver C. Carpenter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.